THE LAW OFFICE OF ROBERT N. KITAY PC
2508 GARFIELD AVE., STE A
CARMICHAEL, CA 95608
TEL. (916) 266 – 0188
FAX (916) 266 -0198

WEB: www.rnkitaylaw.com

August 10, 2011

**By E-file only**

Unites States Dristrict Court
450 Golden Gate Avenue
Court Room G – 15th Floor
San Francisco, CA 94102
Attn: Karen Hom

      Re:    Case:    *Hernandez vs. City of Oakley et al.*
               Case No:  C 11-02415 JCS

Dear Ms. Hom:

This letter is to request a telephonic appearance on the above referenced matter for the CMC calendared for August 26, 2011 at 1:30 p.m. in court room G.

Should this request be granted, Mr. Kitay can be reached at (916) 266-0188.

Thank you for your assistance. Please do not hesitate to contact our office with any questions or concerns.

Sincerely,

*[signature]*

Irene Vega
Legal Assistant to Robert N. Kitay
Attorney at Law

IT IS HEREBY ORDERED that Mr. Kitay shall be on phone standby on 8/26/11 at 1:30 PM and await the Court's call.

Dated: 8/11/11

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*