THE LAW OFFICE OF ROBERT N. KITAY PC
2508 GARFIELD AVE., STE A
CARMICHAEL, CA 95608
TEL. (916) 266 – 0188
FAX (916) 266 -0198

WEB: www.rnkitaylaw.com

August 30, 2011

**By E-file only**

Unites States Dristrict Court
450 Golden Gate Avenue
Court Room G – 15th Floor
San Francisco, CA 94102
Attn: Karen Hom

Re:   Case:      *Hernandez vs. City of Oakley et al.*
      Case No:   C 11-02415 JCS

Dear Ms. Hom:

This letter is to request a telephonic appearance on the above referenced matter for the CMC calendared for December 16, 2011 at 1:30 p.m. in court room G.

Should this request be granted, Mr. Kitay can be reached at (916) 266-0188.

Thank you for your assistance. Please do not hesitate to contact our office with any questions or concerns.

Sincerely,

Shawna Pike
Legal Assistant to Robert N. Kitay
Attorney at Law

Dated: 8/31/11

*IT IS SO ORDERED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA