Robert N. Kitay, Esq. (SBN229966)
Law Office of Robert N. Kitay, PC
2508 Garfield Ave, Ste A
Carmichael, CA 95608
Tel. (916) 266 – 0188
Fax (916) 266 – 0198

Attorney for Plaintiff
JUAN HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN HERNANDEZ,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF OAKLEY, et al.,<br><br>  Defendants. | Case No.: C 11-02415 (JCS)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff, JUAN HERNANDEZ, represented by ROBERT N. KITAY of the Law Office of Robert N. Kitay, and Defendants CITY OF OAKLEY and CONTRA COSTA COUNTY, represented by ERIC ANDERSON of the Contra Costa County Counsel, have agreed to continue the Further Case Management Conference currently scheduled for December 14, 2011 at 9:30 a.m. before the Honorable Joseph C. Spero, Courtroom G, 15th Floor, to **January 6, 2012 at 1:30 p.m.** before the Honorable Joseph C. Spero, Courtroom G, 15th Floor, 450 Golden Gate Ave, San Francisco, California.

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
C11-2415 JCS

1

IT IS SO AGREED.

Date: November Dec 5, 2011

ROBERT N. KITAY
Attorney for Plaintiff

SHARON L. ANDERSON
County Counsel

Dated: November 30, 2011

ERIC D. ANDERSON
Deputy County Counsel
Attorneys for Defendants
CITY OF OAKLEY and
CONTRA COSTA COUNTY

IT IS SO ORDERED.

Dated: Dec. 6, 2011

THE HONORABLE JOSEPH C. SPERO
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
C11-2415 JCS

2