**THE LAW OFFICE OF ROBERT N. KITAY PC**
2508 GARFIELD AVE., STE A
CARMICHAEL, CA 95608
TEL. (916) 266 – 0188
FAX (916) 266 -0198

WEB: www.rnkitaylaw.com

January 10, 2012

**By E-file only**

Unites States Drististrict Court
450 Golden Gate Avenue
Court Room G – 15th Floor
San Francisco, CA 94102
Attn: Karen Hom

Re:   Case:   *Hernandez vs. City of Oakley et al.*
      Case No:   C 11-02415 JCS

Dear Ms. Hom:

This letter is to request a telephonic appearance on the above referenced matter for the CMC/OSC calendared for January 20, 2012 at 1:30 p.m. in court room G.

Should this request be granted, Mr. Kitay can be reached at (916) 266-0188.

Thank you for your assistance.  Please do not hesitate to contact our office with any questions or concerns.

Sincerely,

/s/

Shawna Pike
Legal Assistant to Robert N. Kitay
Attorney at Law

Dated: Jan. 11, 2011

DENIED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA