THE LAW OFFICE OF ROBERT N. KITAY PC
2508 GARFIELD AVE., STE A
CARMICHAEL, CA 95608
TEL. (916) 266 – 0188
FAX (916) 266 -0198

WEB: www.rnkitaylaw.com

January 25, 2012

**By E-file only**

Unites States District Court
450 Golden Gate Avenue
Court Room G – 15th Floor
San Francisco, CA 94102
Attn: Karen Hom

   Re: Case: *Hernandez vs. City of Oakley et al.*
      Case No: C 11-02415 JCS

Dear Ms. Hom:

This letter is to request a telephonic appearance on the above referenced matter for the CMC calendared for February 24, 2012 at 1:30 p.m. in court room G.

Should this request be granted, Mr. Kitay can be reached at (916) 266-0188.

Thank you for your assistance. Please do not hesitate to contact our office with any questions or concerns.

Sincerely,

/s/

Shawna Pike
Legal Assistant to Robert N. Kitay
Attorney at Law

IT IS HEREBY ORDERED THAT Mr. Kitay shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: Jan. 26, 2012

[STAMP: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]