**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN HERNANDEZ,

        Plaintiff(s),

  v.

CITY OF OAKLEY, ET AL.,

        Defendant(s).
_____/

No. C 11-02415 JCS

**ORDER TO SHOW CAUSE**

    IT IS HEREBY ORDERED that Plaintiff and Defendants shall appear on **April 6, 2012, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why the legal malpractice case and all claims against the Contra Costa County Public Defender should not be remanded to State Court. Simultaneous briefs on the subject shall be due on **March 16, 2012.**

    IT IS SO ORDERED.

Dated: March 1, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge