**THE LAW OFFICE OF ROBERT N. KITAY PC**
**2508 GARFIELD AVE., STE A**
**CARMICHAEL, CA 95608**
**TEL. (916) 266 – 0188**
**FAX (916) 266 -0198**

WEB: www.rnkitaylaw.com

March 16, 2012

**By E-file only**

Unites States District Court
450 Golden Gate Avenue
Court Room G – 15th Floor
San Francisco, CA 94102
Attn: Karen Hom

      Re:   Case:    *Hernandez vs. City of Oakley et al.*
              Case No:  C 11-02415 JCS

Dear Ms. Hom:

This letter is to request a telephonic appearance on the above referenced matter for the CMC calendared for April 6, 2012 at 1:30 p.m. in court room G.

Should this request be granted, Mr. Kitay can be reached at (916) 266-0188.

Thank you for your assistance.  Please do not hesitate to contact our office with any questions or concerns.

Sincerely,

/s/

Shawna Pike
Legal Assistant to Robert N. Kitay
Attorney at Law

IT IS SO ORDERED THAT Counsel shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: March 22, 2012



IT IS SO ORDERED
AS MODIFIED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA