United States District Court
Northern District of California

Juan Hernandez,

        Plaintiff,

  v.

City of Oakley, et al.,

        Defendant.

Case No.: 3:11-cv-02415-JCS

**ORDER TO PROVIDE DEPOSITION EXCERPTS CITED IN JOINT STATEMENT OF UNDISPUTED FACTS**

In the Joint Statement of Undisputed Facts [Docket No. 91], the parties cite to pages of the deposition transcripts of Juan Hernandez, Chad Cardoza and Laurie Mont. Many of the pages cited as supporting evidence, however, were not provided by Defendants in support of their summary judgment motion. Defendants are requested to file *all* deposition excerpts that are cited as supporting evidence in the Joint Statement of Undisputed Facts no later than October 25, 2012 at 5:00 p.m.

IT IS SO ORDERED.

Dated: October 24, 2012

_____
Joseph C. Spero
United States Magistrate Judge